

EXBIT B





EXHIBIT C



EXIBIT E

EXIBIT F



# NEW HAMPSHIRE STATE POLICE
## K-9 INCIDENT REPORT

| 1. CAD Event Number 24-021885 | 2. Troop NHSP - D | 3. Phone Number (603) 271-1162 | 4. Other Agency Case # | 5. Department Case Number 2024-019597 |
|---|---|---|---|---|

### INCIDENT INFORMATION

| 6. Month 02 | 7. Date 17 | 8. Year 2024 | 9. Hour 0017 Hrs | 10. Day of Week SAT | 11. Weather CLEAR | 12. Handler Name TFC. DEREK MYRDEK | 13. Canine Name RAGNAR |
|---|---|---|---|---|---|---|---|

| 14. Crime or Incident Location |
|---|
| 2 GRANDVIEW RD, BOW, NH 03304 |

| 15. Person Reporting Crime / Incident STATE OF NEW HAMPSHIRE | 16.Address and Phone Number 33 HAZEN DR, CONCORD, NH 03307 603-223-4381 | 17. Date and Time Reported 02/17/2024 0017 Hrs |
|---|---|---|

| 18. K-9 Incident Type NO DEPLOYMENT | 18A. K-9 Search Type | 19. K-9 Incident Disposition NO DEPLOYMENT | 20. Drug Amount Grams | 21. Drug Type | 22. US Currency Amount |
|---|---|---|---|---|---|

### MODUS OPERANDI / GIST

| 23. Modus Operandi / GIST |
|---|
| See narrative. |

### VEHICLE INFORMATION

| 24. Vehicle | 25.Year 2004 | 26. Make MERCEDES-BENZ | 27. Model E-CLASS | 28. Body Type 4 DOOR | 29. Color BLACK | 30. Registration GRILLI | 31. State NH | 32. Vehicle Identification Number WDBUF65J44A455131 |
|---|---|---|---|---|---|---|---|---|

### PERSONS ARRESTED / CHARGED

| 33. Name GREELEY, RICHARD M | 34. Address 2 MCELROY ST, GOFFSTOWN, NH 03045 | 35. Date of Birth 05/01/1975 | 36. Age 48 | 37. Sex MALE | 38. Race WHITE | 39. Ethnicity N-HISP |
|---|---|---|---|---|---|---|

| 40. Number Arrested 1 | 41. Adult Arrests 1 | 42. Juvenile Arrests 0 | 43. Number of Victims 0 | 44. Status Crime CLEARED BY ARREST | 45. Status Case | 46. Bite Apprehension ☐YES ☒NO |
|---|---|---|---|---|---|---|

### NARRATIVE

On February 17, 2023, I responded to a motor vehicle pursuit initiated by TFC Derek Myrdek, in the town of Bow, NH. I responded to the pursuit in case myself or my K-9 team was needed to assist at any point.

While attempting to catch up to TFC Myrdek I heard radio traffic from him stating that the pursuit was entering a dead end on Hope Lane in Bow. I then heard traffic from TFC Myrdek stating that he had one in custody from a K-9 apprehension. On my arrival to the scene, TFC Myrdek's cruiser was positioned behind a Mercedes sedan. TFC Myrdek and Sergeant Barrett were on the ground near the driver side of the vehicle with GREELY (arrestee).

GREELY was assisted to his feet and to the front of a cruiser to await the ambulance.

During this time, I performed the inventory of the vehicle a 2204 Mercedes-Benz E-Class sedan. While doing the inventory, I located a large amount of marijuana product in sealed packaging in the trunk of the vehicle. These items were seized by TFC Myrdek. I also noted during the inventory that there was a ball-peen hammer, resting in the door pocket of the driver door of the vehicle.

Following the inventory, I waited for the arrival of J&M Towing. J&M took possession of the vehicle and towed it back to their yard for safekeeping. I then met TFC Myrdek at Concord Hospital and provided him with the inventory slip.

This ended my involvement in this case.

**ADULT**

**Case No. 2024-019597**

| Print Rank / Name TR. CONOR DAVIS, ID#1330 | Assignment | Page No. | Report Date | Reviewed By: SGT. MARK BARRETT, ID#1100 |
|---|---|---|---|---|
| Signature | NHSP - D | 1 Of 1 | 03-03-2024 | Supervisor Signature |

10