```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Richard M. Greeley

    v.                                                      Case No. 25-cv-261-SE-AJ

New Hampshire State Police, et al.

## ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated September 16, 2025. For the reasons explained therein, all claims against all defendants in this lawsuit are dismissed, except the excessive force claim in Count I asserted against Tpr. Myrdek and Sgt. Barrett and the claim of evidence fabrication in Count III against Tprs. Myrdek and Davis and Sgt. Barrett. "[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal." Rivera-Aponte v. Gomez Bus Line, Inc., 62 F.4th 1, 10 (1st Cir. 2023) (quoting Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010)); see also Santos-Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir. 2016) ("[P]arties who fail to file objections to a magistrate judge's report and recommendation lose their right to appellate review.").

                                                            _____
                                                            Samantha D. Elliott
                                                            United States District Judge

Date: October 28, 2025

cc:   Richard M. Greeley, pro se